IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00915-WYD-KMT

MELISSA R. SCHWARTZ, as Personal Representative and Administrator fo the Estate of CHANDLER GRAFNER, deceased;
CHRISTINA GRAFNER; and
JOSHUA NORRIS,

    Plaintiffs,

v.

JEFFERSON COUNTY DEPARTMENT OF HUMAN SERVICES;
DENVER COUNTY DEPARTMENT OF HUMAN SERVICES;
MARGARET BOOKER, in her Individual and Official Capacity; and
MARY PEAGLER, in her Individual and Official Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Request for a Stay of the Briefing Schedule Pertaining to Defendants' Motion to Dismiss and for an Extension of Time Within Which to Respond to Defendants['] Motions [doc. #18], filed May 29, 2009, is **GRANTED in part and DENIED in part WITHOUT PREJUDICE**.  It is granted insofar as it requests a thirty-day extension of time to respond and denied insofar as it requests a stay of the briefing schedule.  A thirty-day extension is appropriate because it accounts for the time necessary for the resolution of Defendants' Joint Motion to Stay Discovery [doc. #15], filed May 28, 2009.  Accordingly, Plaintiffs shall respond to Defendants' Motions to Dismiss [doc. ##9, 10], filed May 11, 2009, not later than **Monday, June 29, 2009**.  Should a stay of the briefing schedule become necessary due to the resolution of the motion to stay discovery, Plaintiffs may file another motion.

    Dated: June 1, 2009