IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00915-WYD-KMT

MELISSA R. SCHWARTZ, as Personal Representative and Administrator fo the Estate of CHANDLER GRAFNER, deceased;
CHRISTINA GRAFNER; and
JOSHUA NORRIS,

    Plaintiffs,

v.

JEFFERSON COUNTY DEPARTMENT OF HUMAN SERVICES;
DENVER COUNTY DEPARTMENT OF HUMAN SERVICES;
MARGARET BOOKER, in her Individual and Official Capacity; and
MARY PEAGLER, in her Individual and Official Capacity,

    Defendants.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants Margaret Booker and Mary Peagler's Motion to Reconsider Order Dismissing Their Motion to Dismiss the Claims Against Them Individually filed April 13, 2010 [d/e 39] is **STRICKEN** with leave to re-file in compliance with D.C.COLO.LCıvR 7.1A.

    Dated: April 13, 2010