**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 09-cv-00915-WJM-KMT | Date: | January 6, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                  *Counsel:*

MELISSA R. SCHWARTZ, as personal representative             Brian Bradford
and administrator of the Estate of Chandler Grafner,
deceased,
CHRISTINA GRAFNER, and
JOSHUA NORRIS,

    Plaintiffs,

v.

MARGARET BOOKER, in her individual capacity, and             Robert Wolf
MARY PEAGLER, in her individual capacity,

    Defendants.

---

## COURTROOM MINUTES

**MOTION HEARING**

**1:25 p.m.       Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding status of the case. Mr. Wolf informs the Court that Christina Grafner has provided the verification previously requested. Plaintiffs have also responded to request for admission 15.

Mr. Bradford has received a package during this hearing containing a hard drive with all 21,000 documents in electronic format pursuant to a subpoena served by Defendants. The hard drive is turned over to Mr. Wolf, including an invoice for the hard drive.

Discussion regarding extension of time, interrogatories, discovery on status of Chandler Grafner, and supplementation.

Court states its concern over lack of a motion for extension of time by Plaintiffs when their document production was knowingly delayed.  Court admonishes counsel for deliberately not bringing the known delay to the attention of the court.

**ORDERED:** **Discovery deadlines are extended as follows:**
**Discovery cut off – May 8, 2014**
**Dispositive Motions deadline – June 9, 2014**
**All other dates remain in effect.**

**ORDERED**: **Defendants' Motion to Compel and Other Discovery Motions [184] is GRANTED IN PART AND DENIED IN PART.  The motion is granted as Plaintiffs are directed to respond and/or supplement the disputed requests for production and interrogatories on or before February 6, 2014, as stated on record.  Plaintiffs are directed to respond to request for admission 10 and 13 with either an admission or a denial on or before January 20, 2014.  To the extent the admissions are denied, the Plaintiff shall have until February 6, 2014 to supply requested documentation.  The motion is denied is all other respects.**

Mr. Wolf clarifies Defendants position on sworn interrogatory answers from the party plaintiffs.

Further discussion regarding interrogatories and answers using documents.

**2:50 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:25

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.