# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 09-cv-00915-WJM-KMT | Date: | March 11, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

MELISSA R. SCHWARTZ, as personal representative        Brian Bradford
and administrator of the Estate of Chandler Grafner,
deceased,
CHRISTINA GRAFNER, and
JOSHUA NORRIS,

    Plaintiffs,

v.

MARGARET BOOKER, in her individual capacity, and      Robert Wolf
MARY PEAGLER, in her individual capacity,

    Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

**1:29 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding Plaintiff's expert report with respect to the status of the child.

**ORDERED**: **Defendant's Motion to Strike Plaintiffs' Expert Report [199] is DENIED.**

**ORDERED:** **Plaintiffs' Motion for Attorney Fees and Costs Against Defendants' Counsel Robert A. Wolf for Filing Frivolous Motion to Strike Plaintiffs' Expert Report [Doc. No. 199] [208] is DENIED.**

Discussion regarding scheduling and discovery disputes.

**ORDERED:** **The parties are permitted to schedule the deposition of Margaret Booker during the month of June 2014, provided there is no extension of the dispositive motions deadline. The discovery cut off date and the dispositive motions deadline remain as scheduled.**

**1:55 p.m.       Court in recess.**

Hearing concluded.
Total in-court time    00:26

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.